Cohen *v*. Pucci, Appellant.

Argued June 2, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

574

576

*Edward Unterberger,* with him *Albert H. Gold,* for appellants.

*Arlin M. Adams,* with him *Bancroft D. Haviland* and *Schnader, Harrison, Segal & Lewis,* for appellees.

OPINION PER CURIAM, June 28, 1954:

The decree in this case is affirmed on the opinion of the court below.